IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02307-RPM-KLM

ARMIDA JODSZUWEIT,

    Plaintiff,

v.

MERCK & CO., INC., a New Jersey corporation;
MERCK SHARP & DOHME CORP., a New Jersey corporation;
WATSON PHARMACEUTICALS, INC., a Nevada corporation; and
COBALT LABORATORIES, a Delaware corporation,

    Defendants.

---

## ORDER OF RECUSAL
---

Because my wife holds stock in defendant Merk & Co, Inc., there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

ORDERED that the Clerk of the Court shall reassign this civil action.

DATED: September 6th, 2012

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge